# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   22−30390−KLP
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Margie Grey Davis
fka Margie Ipock, fka Margie Baldridge
10045 Studley Farms Drive
Mechanicsville, VA 23116

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−8166

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS;
## AND HEARING THEREON

**TO:**   **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on February 17, 2022. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   March 3, 2022**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 All Schedules and Statement of Financial Affairs
**Declaration About an Individual Debtor's Schedules**
**Chapter 7 Statement of Your Current Monthly Income**
**Attorney Fee Disclosure**
     If you fail to timely cure the deficiency or to timely seek an extension of time, you must file a response no later than ***March 9, 2022*** and appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge Phillips' − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219*
*Date: March 16, 2022*
*Time: 09:45 AM*

*If the debtor(s) fails to file a timely response and appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure the deficiency or to timely seek an extension of time.*

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  February 18, 2022

<u>/s/   James Cummings</u>
Deputy Clerk
Direct Dial Telephone No. <u>804−916−2419</u>

[10071vNov2019.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 22-30390-KLP

Margie Grey Davis Chapter 7

 Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7    User: cummingsj    Page 1 of 1
Date Rcvd: Feb 18, 2022    Form ID: 1007115    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Margie Grey Davis, 10045 Studley Farms Drive, Mechanicsville, VA 23116-6658 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer J. West | jjw_trustee@spottsfain.com jjwest@ecf.axosfs.com;jjw@trustesolutions.net |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| William Harville | on behalf of Debtor Margie Grey Davis harvillelaw@gmail.com |

TOTAL: 3