| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Margie Grey Davis | Social Security number or ITIN  xxx–xx–8166 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 22–30390–KLP | |

## Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Margie Grey Davis
fka Margie Ipock, fka Margie Baldridge

May 31, 2022                            **For the court:**     William C. Redden
                                                                Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 22-30390-KLP |
| Margie Grey Davis | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 01, 2022 | Form ID: 318 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margie Grey Davis, 10045 Studley Farms Drive, Mechanicsville, VA 23116-6658 |
| 15829336 | + | Alexander Simon, Atty at Law, 2604 W Main St, Richmond, VA 23220-4313 |
| 15829337 | + | Anthem Health Plans of Va, PO Box 182187, Columbus, OH 43218-2187 |
| 15829338 | + | Bobby's Towing Service, 36 Jericho Rd, Fishersville, VA 22939-2321 |
| 15829391 | | Commonwealth of Virginia Dept of Taxation, PO Box 27407, Richmond, VA 23261-7407 |
| 15829392 | + | Convergent Commercial, 925 Westchester Ave, Suite 101, White Plains, NY 10604-3562 |
| 15829394 | + | Emmanuel Painting Svs, 9936 Suburban Village Trail, Richmond, VA 23235-4824 |
| 15829395 | | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16507 |
| 15829398 | + | James Cook c/o Harrison Accounting and Tax LL, 6042 Pond Place Way, Mechanicsville, VA 23111-7515 |
| 15829399 | + | Kerns & Kastenbaum PLC, 4900 Radford Avenue, Richmond, VA 23230-3512 |
| 15829400 | + | Kings Creek Plantation Timeshare, PO Box 78843, Phoenix, AZ 85062-8843 |
| 15829401 | + | Law Office of Christopher Hill, 4870 Sadler Road, Suite 300, Glen Allen, VA 23060-6294 |
| 15829402 | + | Mariner Finance, 7445 Lee Davis Rd, Mechanicsville, VA 23111-4430 |
| 15829403 | + | Memorial Regional Hospital, 8260 Atlee Rd, Mechanicsville, VA 23116-1844 |
| 15829404 | + | Meridian Financial Svs, 1636 Hendersonville Rd, Asheville, NC 28803-3197 |
| 15829405 | + | Metro Painting of Va, Inc., 7007 Flagstaff Lane, Suite 103, Henrico, VA 23228-3940 |
| 15829357 | + | Munaf Surani, 402 West Broadway, Williston, ND 58801-5942 |
| 15829358 | + | Parrish & Lebar, LLP, 5 East Franklin St, Richmond, VA 23219-2105 |
| 15829361 | | Professional Premium Acceptance, PO Box 743515, Los Angeles, CA 90074-3515 |
| 15829363 | + | Realtor.com c/o Move Sales, 30700 Russell Ranch Rd, Suite 1000, Westlake Village, CA 91362-9500 |
| 15829364 | + | Shafer Law Firm, 2000 RiverEdge Pkwy, Suite 590, Atlanta, GA 30328-4618 |
| 15829365 | | Sherwin Williams, c/o Solodar & Solodar, 4845 Radford Ave., Suite 201, Richmond, VA 23230 |
| 15829366 | + | Suddenly Color Painting, 13402 Castle Hollow Terrace, Midlothian, VA 23114-4448 |
| 15829367 | + | Sunbelt, 11005 Washington Hwy, Glen Allen, VA 23059-1905 |
| 15829369 | | The Blue Book Network, 800 E Main St, Jefferson Valley, NY 10535 |
| 15829371 | + | W.A.R. Painting LLC, 1811 Rockwood Rd, Richmond, VA 23226-3821 |
| 15829374 | | Z57 Internet Solutions, 100 Mesa Rim Rd, Suite 3, San Diego, CA 92121 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJJWEST | Jun 02 2022 04:48:00 | Jennifer J. West, 341 Dial 866-628-8242 Code: 5053845, Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| 15829340 | + | Email/Text: updates@brennanclark.com | Jun 02 2022 00:54:00 | Brennan & Clark, 721 E Madison St, Suite 200, Villa Park, IL 60181-3083 |
| 15829393 | + | EDI: CCS.COM | Jun 02 2022 04:48:00 | Credit Collection Svs, 725 Canton St, Norwood, MA 02062-2679 |
| 15829396 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 02 2022 00:53:00 | Fortiva Credit Card, PO BOX 105555, Atlanta, |

District/off: 0422-7 | User: admin | Page 2 of 3
Date Rcvd: Jun 01, 2022 | Form ID: 318 | Total Noticed: 40

| Recip ID | | | Date | Name and Address |
|---|---|---|---|---|
| | | | | GA 30348-5555 |
| 15829397 | + | EDI: IRS.COM | | |
| | | | Jun 02 2022 04:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15829406 | ^ | MEBN | | |
| | | | Jun 02 2022 00:51:02 | MRS BPO, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15829360 | | EDI: PRA.COM | | |
| | | | Jun 02 2022 04:48:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 15829359 | ^ | MEBN | | |
| | | | Jun 02 2022 00:52:12 | Perouka Miller Klima & Peters, 8028 Ritchie Hwy, Suite 300, Pasadena, MD 21122-1360 |
| 15829362 | + | EDI: PINNACLE.COM | | |
| | | | Jun 02 2022 04:48:00 | Radius Global Solutions, 7831 Glenroy Rd, Suite 250, Minneapolis, MN 55439-3117 |
| 15829368 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Jun 02 2022 00:53:00 | TBOM/Atls/Fortiva, P) Box 105555, Atlanta, GA 30348-5555 |
| 15829370 | ^ | MEBN | | |
| | | | Jun 02 2022 00:51:39 | United Consumers, PO Box 4466, Woodbridge, VA 22194-4466 |
| 15829372 | + | EDI: WFFC.COM | | |
| | | | Jun 02 2022 04:48:00 | Wells Fargo Bank, PO Box 14411, Des Moines, IA 50306-3411 |
| 15829373 | + | EDI: WFFC.COM | | |
| | | | Jun 02 2022 04:48:00 | Wells Fargo Credit Svc, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15829339 | ##+ | Bold Leads, 565 W Chandler Blvd, Suite 112, Chandler, AZ 85225-7536 |
| 15829375 | ##+ | ZOD Painting LLC, 2406 Libbie Avenue, Richmond, VA 23230-2332 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer J. West | jjw_trustee@spottsfain.com  jjwest@ecf.axosfs.com;jjw@trustesolutions.net |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| William Harville | |

District/off: 0422-7                                    User: admin                                              Page 3 of 3
Date Rcvd: Jun 01, 2022                              Form ID: 318                                  Total Noticed: 40

on behalf of Debtor Margie Grey Davis harvillelaw@gmail.com


TOTAL: 3